█ In the Matter of BRIAN CONLAN, Respondent, v ROBERT DENNISON, as Chairman of the New York State Board of Parole, Appellant. [835 NYS2d 522]—Appeal from order, Supreme Court, New York County (Marcy Friedman, J.), entered September 20,

2006, unanimously withdrawn. Motion to withdraw appeal granted, as indicated herein.

No opinion. Order filed. Concur—Saxe, J.P., Friedman, Williams, Buckley and Kavanagh, JJ.